=================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__      DISTRICT OF      __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.  1:06 -CV-1172 (LEK)**

**IN RE**

**BRUNO MACHINERY CORP.**
            Debtor.

---

**ONTARIO DIE COMPANY, LTD.,**
            Appellant,

    -against-

**BRUNO MACHINERY CORP.,**
            Appellee.

---

_____      JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__      DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is **DISMISSED** in favor of the Appellant and against the Appellee and the case is **REMANDED** to the Bankruptcy Court for further proceedings in accordance with the **MEMORANDUM-DECISION** and **ORDER** of the Honorable Lawrence E. Kahn, United States District Judge, dated July 12, 2007.

**DATE:**   July 12, 2007                               ***LAWRENCE K. BAERMAN***
                                                        CLERK OF THE COURT

                                                        *Scott A. Snyder*
                                                        **Courtroom Deputy to the**
                                                        **Honorable Lawrence E. Kahn**